E-FILED 04-20-11
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ketrina Askew,** | CASE NO. CV 11-2290-GHK (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Wells Fargo Bank Incorporated, et al.** | |
| Defendants. | |

Based on our April 19, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Ketrina Askew ("Plaintiff") against Defendants First American Loanstar Trustee Services and Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Bank Incorporated, aka or dba Wells Fargo Bank, Ltd, and aka or dba Wells Fargo Bank, National Association are **DISMISSED**. Plaintiff shall take nothing by her Complaint.

**IT IS SO ORDERED**.

DATED: April 20, 2011

_____
GEORGE H. KING
United States District Judge